### 3255. CUNNARD v. CHILDS.

RUSSELL, J. A defendant who has been served and who has had her day in court can not go behind the judgment by affidavit of illegality, for the purpose of showing that she was surety on the note which is the basis of the judgment, and that she is released because of conduct of the creditor prior to the rendition of the judgment. Civil Code (1910), § 5311; *Bird* v. *Burgsteiner*, 108 *Ga.* 654 (34 S. E. 183)'; *Steele* v. *Atlanta Co.*, 91 *Ga.* 64 (16 S. E. 257).

*Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Affidavit of illegality; from city court of Covington—Judge Whaley. February 10, 1911.

*A. S. Thurman,* for plaintiff in error.

*R. W. Milner,* contra.

---

### 3248. COLEMAN v. MULLIS.

RUSSELL, J. 1. There was no error in overruling the motion to dismiss because of the alleged defects in the process.

2. The answer being insufficient in law to constitute a defense to the note sued on, there was no error in striking it and rendering judgment in favor of the plaintiff. *Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Complaint; from city court of Eastman—Judge Griffin. January 24, 1911.

*J. A. Neese,* for plaintiff in error.

*W. M. Clements,* contra.